June 23, 1975.

M. P. No. 74-159. IN RE PETITION OF RHODE ISLAND BAR ASSOCIATION. Motion of the Rhode Island Bar Association that Aram K. Berberian be suspended from membership and the practice of law for failure to comply with the bylaws of the Association, in that he failed to pay his dues, is granted, unless said Aram K. Berberian shall pay said dues on or before July 1, 1975. *Letts, Quinn & Licht, Daniel J. Murray, Richard A. Licht,* for petitioner. *Aram K. Berberian,* pro se.

M. P. No. 74-298. WILLIAM MURPHY *v.* JAMES W. MULLEN, *Warden.* Motion of petitioner that his case be specially assigned is granted. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for respondent.